FILED

UNITED STATES BANKRUPTCY COURT 2015 MAR 2 PM 1 55
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISIONS

KENNETH JORDAN, CLERK
U.S. BANKRUPTCY COURT
COLUMBUS, OHIO

IN RE:                                         CHAPTER 13

Nicole Tolliver
(debtor(s) name)

CASE NO 11-56672

JUDGE Faye D. English

## NOTICE OF CHANGE OF ADDRESS
## (DEBTOR ADDRESS)

| | Print or Type - Last Name, First Name, Middle Initial | | | | |
|---|---|---|---|---|---|
| **Your Name** | Tolliver, Nicole | | | | |
| **Your Name** | Print or Type - Last Name, First Name, Middle Initial | | | | |
| | No. and Street | Apt. / Suite No. | P.O. Box | R.R. No. | Rural Box No. |
| **Old Address** | 3697 Hammerwood ct | | | | |
| | City and State: Columbus, OH | State: OH | ZIP Code: 43219 | | |
| | No. and Street | Apt. / Suite No. | P.O. Box | R.R. No. | Rural Box No. |
| **New Address** | 2105 Bogard st | A-3 | | | |
| | City and State: Durham, NC | State: NC | ZIP Code: 27705- | | |
| **Sign Here** | Signature | Date new address in effect: 1/1/15 | Case No.: 11-56672 | | |

**CHANGE OF ADDRESS REQUEST FOR Chapter 13**

COPIES TO:

UNITED STATES BANKRUPTCY COURT
170 N. HIGH ST
COLUMBUS OH 43115

Jeffrey P. Norman, Chapter 13 Trustee
10 West Broad St., Ste. 900
Columbus, OH 43215

**PLEASE CONTACT YOUR ATTORNEY IF YOU HAVE QUESTONS REGARDING UPDATES TO YOUR CASE FILE**