# United States Bankruptcy Court
## Southern District of Ohio

In re  **Nicole Tolliver**                                                                                     Case No.  **2:11-bk-56672**
                                              Debtor(s)                                                        Chapter   **13**

## Amended Notice of Change of Address

Debtor's Social Security Number:            **xxx-xx-4715**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:              **Nicole Tolliver**

Street:            **2105 Bogarde St.  Apt. A-3**

City, State and Zip    Durham, NC 27705

Telephone #:

**Please be advised that effective      August 19    , 2016    ,
my (our) new mailing address and telephone number is:**

Name:              **Nicole Tolliver**

Street:             **3707 Farnsworth House**

City, State and Zip:    **Columbus, Ohio 43219**

Telephone #:

                                                                                   **/s/ Nicole Tolliver**
                                                                                   **Nicole Tolliver**
                                                                                   Debtor